IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUN 16 AM 10: 31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> ERIC CARL JOHNSON ) <br> Defendant. ) | CR. NO. 04-20320-Ma |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came on to be heard on June 15, 2005, the United States Attorney for this district, Scott Leary, appearing for the Government and the defendant, Eric Carl Johnson, appearing in person and with counsel, Stephen Leffler, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, SEPTEMBER 15, 2005, at 1:30 P.M., before Judge Samuel H. Mays, Jr.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 15th day of June, 2005.

_signature_

**SAMUEL H. MAYS, JR.**
**UNITED STATES DISTRICT COURT**

ument entered on the docket sheet in compliance
.. 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CR-20320 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT