IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -2 PM 4: 20

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20320-Ma

ERIC JOHNSON,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW AND
REFERRING MATTER TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL

---

Before the court is the September 1, 2005, motion to withdraw filed by appointed counsel for the defendant, Stephen R. Leffler. For good cause shown, the motion is granted and Mr. Leffler is allowed to withdraw from representing the defendant in this matter. The matter is referred to the magistrate judge for appointment of counsel for the defendant pursuant to the Criminal Justice Act.

It is so ORDERED this 2nd day of September, 2005.

                        /s/ Samuel H. Mays, Jr.
                        _____
                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  9-9-05

71

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:04-CR-20320 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT