IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 17 PM 3: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20320-Ma

ERIC CARL JOHNSON,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's unopposed motion to reset the sentencing of Eric Carl Johnson, which is presently set for October 17, 2005. For good cause shown, the motion is granted. The sentencing of defendant Eric Carl Johnson is **reset to Tuesday, November 22, 2005, at 1:30 p.m.**

It is so ORDERED this 17th day of October, 2005.

                          SAMUEL H. MAYS, JR.
                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CR-20320 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT