IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 15 PM 4: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 04-20320-Ma

ERIC CARL JOHNSON,

    Defendant.

ORDER GRANTING MOTION TO WITHDRAW

Before the court is the December 12, 2005, motion to withdraw filed by appointed counsel for the defendant, C. Michael Robbins. For good cause shown, the motion is granted and Mr. Robbins is allowed to withdraw from representing the defendant in his appeal of this matter. The matter is referred to the magistrate judge for appointment of counsel for the defendant pursuant to the Criminal Justice Act.

It is so ORDERED this 14th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-16-05

87



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:04-CR-20320 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT